JS-6

FILED
CLERK, U.S. DISTRICT COURT

DEC 22 2015

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and BAYERISCHE MOTOREN WERKE AG, a German Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LYNN CREATIONS LLC, an Arizona Corporation; BRECHT HOLDINGS LLC, an Arizona Corporation doing business as AZGREEK.COM; RALF ENGELBRECHT, an Individual; DARA ENGELBRECHT, an Individual; RYAN ENGELBRECHT, an Individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-06151-GHK-MRWx<br><br>[PROPOSED] PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE<br><br>HON. GEORGE H. KING |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction against Defendants and Dismissal ("Stipulation") by and between BMW OF

- 1 -
[PROPOSED] PERMANENT INJUNCTION AND DISMISSAL

1  NORTH AMERICA, LLC, and BAYERISCHE MOTOREN WERKE AG
2  (collectively "BMW"), and Defendants LYNN CREATIONS LLC, BRECHT
3  HOLDINGS LLC, RALF ENGELBRECHT, DARA ENGELBRECHT, and
4  RYAN ENGELBRECHT (collectively "Defendants"), filed concurrently herewith,
5  hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction
6  shall be and is hereby entered against Defendants in the above-referenced matter as
7  follows:

8      1.    **PERMANENT INJUNCTION.** Defendants and any person or
9  entity acting in concert with, or at the direction of any of the Defendants,
10 including any and all agents, servants, employees, partners, assignees, distributors,
11 suppliers, resellers and any others over which any of the Defendants may exercise
12 control, are hereby restrained and enjoined, pursuant to 15 United States Code
13 ("U.S.C.") § 1116, from engaging in, directly or indirectly, or authorizing or
14 assisting any third party to engage in, any of the following activities in the United
15 States and throughout the world:

16     a.    copying, manufacturing, purchasing, importing, exporting,
17 marketing, selling, offering for sale, distributing or dealing in any product or
18 service that uses, or otherwise making any use of, any of BMW's trademarks
19 described in the Complaint in this matter, for example, the BMW® word and
20 design marks, the M® word and design marks, the BMW dual kidney-shaped
21 automobile grille design marks, the MINI® word and design marks (hereafter
22 "BMW's Intellectual Properties"), and/or any intellectual property that is
23 confusingly or substantially similar to, or that constitutes a colorable imitation of,
24 any of BMW's Intellectual Properties, whether such use is as, on, in or in
25 connection with any trademark, service mark, trade name, logo, design, Internet
26 use, website, domain name, metatags, advertising, promotions, solicitations,
27 commercial exploitation, television, web-based or any other program, or any
28 product or service, or otherwise, provided, however, that nothing herein shall

1  prevent Defendants from purchasing, importing, exporting, marketing, selling,
2  offering for sale, distributing or dealing in any product that has been legitimately
3  purchased or leased from BMW or its authorized representatives;
4        b.    performing or allowing others employed by, under control of,
5  or representing Defendant, or under his control, to perform any act or thing which
6  is likely to unlawfully injure BMW or any of BMW's Intellectual Properties, specifically
7  including but not limited to the BMW®, M®, MINI®, and BMW dual kidney-
8  shaped automobile grille.
9        c.    engaging in any acts of federal and/or state trademark
10 infringement, false designation of origin, unfair competition, dilution, or other act
11 which would tend to unlawfully damage or injure BMW; and/or
12       d.    using, owning, possessing, and/or controlling any Internet
13 domain name or website that includes any of BMW's Trademarks including but
14 not limited to the BMW® word and design marks, the M® word and design
15 marks, the BMW dual kidney-shaped automobile grille design marks, and the
16 MINI® word and design marks.
17       2.    Defendants are immediately ordered to deliver to counsel for BMW
18 for destruction all unauthorized products, including counterfeit BMW®, M®-,
19 MINI®-branded products, apparel, stickers, labels, signs, prints, packages,
20 wrappers, receptacles and/or advertisements relating thereto in their possession or
21 under their control bearing any of BMW's Trademarks or any simulation,
22 reproduction, counterfeit, copy or colorable imitations thereof, and all plates,
23 molds, heat transfers, screens, matrices and other means of making the same, to
24 the extent that any of these items are in Defendants' possession.
25       3.    This Permanent Injunction shall be deemed to have been served upon
26 Defendants at the time of its execution by the Court.
27       4.    The Court finds there is no just reason for delay in entering this
28 Permanent Injunction, and, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, the Court directs immediate entry of this Permanent Injunction against Defendants.

6. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction by Defendants.

7. **NO FEES AND COSTS.** BMW and Defendants shall bear their own attorneys' fees and costs incurred in this matter.

8. **DISMISSAL WITH PREJUDICE.** Upon entry of this Permanent Injunction against Defendants, this case shall be dismissed with prejudice.

IT IS SO ORDERED, ADJUDICATED and DECREED this 22nd day of December, 2015.

_____
HONORABLE GEORGE H. KING
United States District Court Judge
Central District of California